# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRANDY L. BENTLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV754** |
| vs. | ) | |
| | ) | **ORDER** |
| **RENT-DEBT INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's attorney, Pam Car,

**IT IS ORDERED:**

1. On or before May 1, 2007 the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The planning conference now set for May 14, 2007 is cancelled, and all other case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED March 30, 2007.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**