# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDY L. BENTLEY, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:06CV754 |
| ) | |
| v. ) | ORDER |
| ) | |
| RENT-DEBT, INC., ) | |
| ) | |
| Defendant. ) | |

The matters before the Court are (1) the Plaintiff's Unopposed Motion for Dismissal with Prejudice (Filing No. 10); and (2) the joint Stipulation for Dismissal with Prejudice (Filing No. 11). Filing No. 10 was filed in an effort to meet the Court's order that all dismissal papers be filed by May 1, 2007 (Filing No. 9). Filing No. 10 does not comply with Fed. R. Civ. P. 41, and it will be denied. However, I find that the joint Stipulation for Dismissal with Prejudice does comply with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Dismissal with Prejudice (Filing No. 10) is denied;

2. The joint Stipulation for Dismissal with Prejudice (Filing No. 11) is approved, and the relief requested therein is granted;

3. This case is dismissed with prejudice; and

4. The parties shall pay their own fees and costs to the extent not provided for in the settlement agreement as stated in Filing No. 11.

DATED this 3rd day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge